```
 1  Steve Hixon                                        RECEIVED AND FILED
    P.O. Box 18287
 2  Reno, NV 89511                                     2010 AUG -9 PM 3: 34
    (775) 741-0507
 3  Trustee in Bankruptcy                              U.S. BANKRUPTCY COURT
                                                       MARY A. SCHOTT, CLERK
 4

 5
                    UNITED STATES BANKRUPTCY COURT
 6
                         DISTRICT OF NEVADA
 7
    IN RE                              Case No. 08-51907
 8                                     Chapter 7
    JONES, DARBY
 9  JONES, WENDIILLYN
                                       NOTICE OF UNCLAIMED FUNDS
10          Debtor(s).                 PURSUANT TO RULE 3011

11

12
    To:     Clerk, United States Bankruptcy Court
13
    From:   Steve Hixon, Trustee
14
            Pursuant to 11 U.S.C. §347(a) and Fed.R.Bankr.P. 3011 of the Bankruptcy Rules, the
15  following unclaimed funds are being forwarded to you to be deposited in the registry of the United
    States Bankruptcy Court:
16
    Claim #         Claimant Name & Address                         Amount of Deposit
17
       5            Wilshire Credit Corp
18                  PO Box 1650                                         $1,098.57
                    Portland, Oregon
19                  97307

20

21
            Date:   August 7, 2010
22

23                                                     _____
24                                                     Steve Hixon, Trustee

25

26

27
                                                       #86897
28                                              8/9    $1098.57
```